DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TREVARIOUS J. PRIDE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1179

[December 31, 2021]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 56-2004-CF-001648-A.

Trevarious J. Pride, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***